1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, | ) Case No. EDCV 11-135 VAP |
| 12 | | ) **EDCR 09-129 VAP** |
| 13 | Plaintiff, | ) **JUDGMENT** |
| 14 | v. | ) |
| 15 | ANGEL GUILLEN RAYA, | ) |
| 16 | Defendants. | ) |

17

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

18

       Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that the

19

Petition is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be

20

entered.

21

22

Dated:  March 14, 2011

23

_____
VIRGINIA A. PHILLIPS
United States District Judge

24
25
26
27
28